No. 84–326.   CAIN v. NEW YORK.   Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal question.

No. 84–198.   OLIVERO v. ILLINOIS.   Appeal from App. Ct. Ill., 3d Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. — – ——.   HORNE v. ADOLPH COORS CO. ET AL.   Application to declare notice of appeal as a petition for writ of certiorari and to file a supplemental petition for writ of certiorari denied.

No. A–278 (84–5506).   DINGLE v. SIMPKINS.   Sup. Ct. S. C. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–302 (84–644).   NATIONAL RIFLE ASSOCIATION OF AMERICA ET AL. v. MINNESOTA STATE ETHICAL PRACTICES BOARD. C. A. 8th Cir.   Application for stay of mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–346 (84–5350).   MAXWELL v. PENNSYLVANIA, ante, p. 971.   Application to suspend the effect of the order denying certiorari, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application.

No. 82–1832.   TOWN OF HALLIE ET AL. v. CITY OF EAU CLAIRE.   C. A. 7th Cir.   [Certiorari granted, 467 U. S. 1240.] Motion of Illinois et al. for leave to participate in oral argument as amici curiae and for additional time for oral argument denied.

No. 83–990.   SCHOOL DISTRICT OF THE CITY OF GRAND RAPIDS ET AL. v. BALL ET AL.   C. A. 6th Cir.   [Certiorari granted, 465 U. S. 1064.]   Motion of the Solicitor General to permit Michael W. McConnell, Esquire, to present oral argument as amicus curiae, pro hac vice, is granted.

No. 83–2146.   WILSON ET AL. v. GARCIA.   C. A. 10th Cir. [Certiorari granted, ante, p. 815.]   Motion of respondent for leave to proceed further herein in forma pauperis granted.